IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | : CIVIL DIVISION<br>: No. 2:06-CV-172 |
| Plaintiff, | : *Electronically filed* |
| -vs- | |
| SHARON STANYARD, JEROME STANYARD and CLYDE BECK, | |
| Defendants. | |

**ORDER OF COURT**

AND NOW, this _____ 8th _____ day of _____ May _____, 2007, upon consideration of Plaintiff Progressive Northern Insurance Company's Motion for Summary Judgment, the Motion is hereby GRANTED. Summary Judgment is entered in favor of Plaintiff, Progressive Northern Insurance Company, and against Defendants, Sharon Stanyard, Jerome Stanyard, and Clyde Beck.

It it hereby ORDERED and DECLARED that Plaintiff, Progressive Northern Insurance Company, does not have a duty to defend or indemnify Sharon Stanyard or Jerome Stanyard for <u>any</u> claims made against them as a result of a motor vehicle accident involving Clyde Beck which occurred on or about March 31, 2005.

*The entry of this order is unopposed by defendants per doc. Nos. 32 & 33*

BY THE COURT:

_Donetta F. Ambrose_
United States District Judge